Fourth Department. January 21, 1914.) Action by John Brown against the General Drop Forge Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

In re BROWNE.· (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of William F. Browne, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BRUNN, Respondent, v. BRUNN, Appellant. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Emelie L. Brunn against Lincoln Brunn. W. J. Lippmann, of New York City, for appellant. E. S. Greenbaum, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BURDICK et al. BURDICK, Appellant, v. WYGANT et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) In the matter of the intermediate settlement of the accounts of Bainbridge W. Burdick, Ethel B. Wygant, and Emma E. Clark, as executors of the last will and testament of Norman Burdick, deceased. Action by Bainbridge W. Burdick, individually and as executor, etc., against Ethel B. Wygant, individually and as executrix, etc., and others. PER CURIAM. Decree (79 Misc. Rep. 167, 140 N. Y. Supp. 582) modified, by striking therefrom the amount of $3,000 received for rentals, also by reciting that it is without prejudice to the right of the appellant to establish on the final accounting as delivered by him as such executor to Ethel B. Wygant 250 shares of the stock of Burdick & Son, and, as so modified, unanimously affirmed, with one bill of costs to respondents against the appellant personally. The court disapproves of the seventeenth finding of fact and the third conclusion of law of the decision of the surrogate.

BURDICK & SON, Respondents, v. QUAYLE & SON, Appellants. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Burdick & Son against Quayle & Son. No opinion. Judgment affirmed, with costs.

In re BURKE. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of William J. Burke an attorney. No opinion. Proceeding dismissed. Settle order on notice. See, also, 154 App. Div. 941, 139 N. Y. Supp. 1118.

BURKE, Respondent, v. BURKE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by John F. Burke against William H. Burke. No opinion. Motion for leave to appeal to Court of Appeals (from 158 App. Div. 953, 143 N. Y. Supp. 1108) granted, and question for review certified.

In re BURNETT. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) In the matter of the application of Helen D. Burnett, for the payment of an award on damage parcel No. 2 in the Van Alst Avenue school site proceeding, etc. No opinion. Motion to confirm report of referee granted. See, also, 150 App. Div. 909, 135 N. Y. Supp. 1102.

BUSH, Respondent, v. MAMROE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by John T. Bush against Charles Mamroe and another. No opinion. Judgment affirmed, with costs.

BUSHBY v. BERKELEY. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Appeal from Judgment on Report of Referee. Action by James C. Bushby against Lancelot M. Berkeley. From a judgment sustaining exceptions to the report of a referee, plaintiff appeals. Modified and affirmed. See, also, 144 N. Y. Supp. 1107. Max D. Steuer, of New York City, for appellant. L. M. Berkeley, of New York City, pro se.
PER CURIAM. The order appealed from is affirmed, with $10 costs. The final judgment should be modified, by reversing the judgment, so far as it sustains the objections to the referee's report, which allowed interest to the plaintiff upon the amounts due from the defendant to the plaintiff, and by confirming the referee's report, allowing such interest to the amount of $1,319.70, and said judgment, as so modified, is affirmed, without costs to either party in this court.

CALLAHAN, Appellant, v. MUNSON S. S. LINE et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by Michael Callahan against the Munson Steamship Line and others. No opinion. Order affirmed, with $10 costs and disbursements.

CAREY, Respondent, v. McKENNA et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by William L. Carey against Agnes McKenna and others. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants, within 10 days after the entry of the order herein, upon payment of costs in this court and in the court below, to withdraw their demurrers and answer the amended complaint.

CARLOUGH, Appellant, v. CONFORTI EXCAVATING & FOUNDATION CO., Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Sarah E. Carlough, as administratrix, etc., against the Conforti Excavating & Foun-